UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RODNEY CYDRUS,<br><br>Defendant. | CASE NO. 1:17CR-27<br><br>JUDGE J. BARRETT<br><br>INDICTMENT<br><br>18 U.S.C. § 876(c) |

THE GRAND JURY CHARGES:

### COUNTS 1-5
### (Mailing Threatening Communications)

On or about the days set forth below, in the Southern District of Ohio, the defendant, **RODNEY CYDRUS**, knowingly and willfully did deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service, communications, dated and addressed as described below to individuals, who are United States judges, Federal law enforcement officers, and officials covered by 18 U.S.C. § 1114, containing a threat to kidnap and to injure said United States judges, Federal law enforcement officers, and officials covered by 18 U.S.C. § 1114:

| Count | Letter Postmarked | Addressee | Individuals Threatened |
|---|---|---|---|
| 1 | January 17, 2017 | FBI Supervisor | Recipient(s), FBI generally |
| 2 | January 17, 2017 | Federal Public Defender | Recipient(s), numerous federal judges, and the President of the United States |
| 3 | January 23, 2017 | FBI Supervisor/Director | Recipient(s), FBI generally and numerous federal judges |
| 4 | January 30, 2017 | FBI Investigator | FBI generally and numerous federal judges |
| 5 | January 31, 2017 | Attorney for Government | Numerous judges and government officials and law enforcement generally |

In addition, defendant, **RODNEY CYDRUS**, included a powdered substance in the letters in Counts 1 and 2 as part of the threat to injure said individuals.

**In violation of 18 U.S.C. § 876(c).**

A TRUE BILL

/S/

FOREPERSON

**BENJAMIN C. GLASSMAN**
**UNITED STATES ATTORNEY**

**TIMOTHY S. MANGAN, 069287**
**Assistant United States Attorney**